# CALLAGHAN THOMPSON & THOMPSON, P.C.

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2428 ATLANTIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
(609) 348-5300
FACSIMILE (609) 345-5989

BRIAN J. CALLAGHAN
EDWARD M. THOMPSON
WILLIAM A. THOMPSON, III

U.S BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 APR 30 AM 9: 14

JAMES J. WALDRON
BY:_____
DEPUTY CLERK

April 28, 2008

Bankruptcy Court Clerk
401 Market Street
Camden, NJ 08102

Re:  **Melinda B. Dean**
     **Case #08-15011-GMB**

Dear Sirs:

Please enter the objection of creditor Garden Court Apartments to the proposed Chapter 13 plan of the above. The case was filed on March 28, 2008 and the Chapter 13 plan indicates that it is including the April 1st. rental installment as part of the plan. The April 1st rent is a post petition rent and is payable immediately. The inclusion of a post petition rent in the Chapter 13 plan is unacceptable to this creditor and we would ask that the objection be noted on the record until the disputed rental payment is removed from the plan and paid directly to the creditor immediately. Thank you for your consideration.

Very Truly Yours,

Callaghan Thompson & Thompson, P.A.

By:_____
William A. Thompson, III

WAT/mp
cc:   Isabel C. Balboa, Trustee
      Ronald Kinzler, Esq.